UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
ATIBA TUCKER,

                        Plaintiff,                    **08 Civ. 4753 (VM)**

                                                  **NOTICE OF APPEARANCE**

      -against-

THE CITY OF NEW YORK, et al.

                        Defendants
------------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Jeffrey A. Rothman hereby enters his appearance as co-counsel in this action alongside David B. Rankin, Esq., on behalf of the plaintiff, Atiba Tucker.

      I certify that I am admitted to practice before this court.


Dated:      New York, New York
              May 22, 2008

                                                    /S/
                                        _____
                                        Jeffrey A. Rothman, Esq.
                                        [JR-0398]
                                        315 Broadway, Suite 200
                                        New York, NY 10007
                                        Tel.: (212) 227-2980; Cell: (516) 455-6873
                                        Fax: (212) 591-6343

                                        Attorney for Plaintiff Atiba Tucker