UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATIBA TUCKER,                                )
                                             )
                   Plaintiff,       )
                                             )
-against-                                    )
                                             )         **PROOF OF SERVICE**
                                             )
THE CITY OF NEW YORK; POLICE OFFICER         )         08 Civ. 4753 (VM)(MHD)
GEORGE ACUNA, Shield No. 7839; SGT           )
MICHAEL MILMORE; and John Does and Richard)            ECF CASE
Roes,                                        )
                                             )
                 Defendants.      )
------------------------------------------------------------X

STATE OF NEW YORK    )
                    )ss.:
COUNTY OF NEW YORK  )

    I, Jeffrey Rothman, hereby affirm under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 315 Broadway, Suite 200; New York, New York, 10007. I am licensed to practice before the courts of the state of New York and before this court and other federal courts.

    On June 24, 2008 approximately 4:00 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Amanda Gonzales, a docketing clerk authorized to accept service.

    On June 21, 2008, approximately 4:20 p.m., at the NYPD 47th Precinct, 4111 Laconia Avenue, New York, NY 10466, I served the Summons and Complaint upon POLICE OFFICER GEORGE ACUNA, Shield No. 7839, defendant therein named, by personally delivering and leaving at his actual place of business with Police Officer Wise, Shield No. 2468, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On June 24, 2008, I then mailed a copy of the aforementioned documents to POLICE OFFICER GEORGE ACUNA, Shield No. 7839, defendant therein named, at the NYPD 47th Precinct, 4111 Laconia Avenue, New York, NY 10466, his actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On June 21, 2008, approximately 4:20 p.m., at the NYPD 47th Precinct, 4111 Laconia Avenue, New York, NY 10466, I served the Summons and Complaint upon POLICE SERGEANT MICHAEL MILMORE, a defendant therein named, by personally delivering and leaving at his actual place of business with Police Officer Wise, Shield No. 2468, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On June 24, 2008, I then mailed a copy of the aforementioned documents to POLICE SERGEANT MICHAEL MILMORE, a defendant therein named, at the NYPD 47th Precinct, 4111 Laconia Avenue, New York, NY 10466, his actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

June 24, 2008

Jeffrey A. Rothman [JR-0398]