UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ATIBA TUCKER,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 4753 (VM)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                 July 14, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendant City of New York*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 442-8248

                              By:          /s/
                                    MARK D. ZUCKERMAN

Case 1:08-cv-04753-VM   Document 4   Filed 07/14/2008   Page 2 of 2